DANIEL J. BRODERICK, BAR #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

ATTORNEY FOR DEFENDANT
JOSE DE JESUS CISNADO-ARRELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,            )<br>                                    )<br>      v.                            )<br>                                    )<br>JOSE DE JESUS CISNADO-              )<br>ARRELLANO                           )<br>                                    )<br>             Defendant.            )<br>_____) | CR.S. 07-412-EJG<br><br>STIPULATION AND ORDER TO<br>EXTEND AND EXCLUDE TIME<br><br>DATE: November 16, 2007<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

Defendant JOSE DE JESUS CISNADO-ARRELLANO, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, KYLE REARDON, Assistant United States Attorney, hereby stipulate that the status conference set for October 5, 2007 be rescheduled for Friday, November 16, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

The Federal Defenders Office was appointed to represent Mr. Cisnado-Arrellano on September 7, 2007.

00214044.WPD                                1

1 | Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 16, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 3, 2007

                                            Respectfully Submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Dennis S. Waks
                                            Supervising Assistant Federal Defender For
                                            JOSE DE JESUS CISNADO-ARRELLANO

DATED: October 3, 2007                    McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/  Dennis S. Waks for
                                            KYLE REARDON
                                            Assistant U.S. Attorney

**SO ORDERED.**

Dated: October 3, 2007

                                            /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            United States District Court Judge